**ERIKSON LAW GROUP**
David Alden Erikson (SBN 189838)
Antoinette Waller (SBN 152895)
200 North Larchmont Boulevard
Los Angeles, California 90004
Telephone: 323.465.3100
Facsimile: 323.465.3177

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| WEATHER REPORT LLC;<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DENTIN GARRETT, an individual; and DOES 1-10 inclusive.<br><br>　　　　Defendants. | Case No.<br><br>**COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

　　　Plaintiff Weather Report LLC ("Plaintiff," or "Weather Report") complains against Defendants Dentin Garrett, and Does 1-10 (collectively referred to as "Defendant" or "Dentin") as follows.

## INTRODUCTION

1. This is a civil action under the Declaratory Judgment Act, seeking a judicial declaration that Plaintiff Weather Report is <u>not</u> infringing, and has never infringed, any copyright held by Defendant Dentin Garret. It is a challenge to Dentin to provide support for his wild claims of infringement; and it is an opportunity for Weather Report to proactively disprove the claims against it.

2. Dentin joined Weather Report's NFT project for a two-week period, about a month before minting and after the creative framework had already been established. The ethos for the project, originally conceived as a clothing collection, has always been very personal and very specific: the celebration of emotion through the universal language of weather. Perhaps because that idea naturally invited endless iterations, Weather Report pivoted to the idea of a weather-themed 10,000-character profile picture NFT Collection. In documented collaborations, Weather Report's two principals, Zach Hunkins and Will Nichols, developed most of the creative vision of the project between themselves, before ever meeting Defendant.

3. A talented artist, Dentin was engaged (on a flat fee basis) to help execute Weather Report's original creative vision and expression.

4. Just as Weather Report was gaining widespread acclaim in the NFT world, Dentin apparently believed he had Weather Report over a barrel. And so he made a stunning announcement: *Unless he received full intellectual property rights to creative work that predated his involvement, and significantly more equity, he would sabotage the project with a dubious claim of copyright infringement*. He said he would claim that the artwork he worked on for Weather Report were his original creations—a potent threat because the Web3 community despises the injustice of artistic and intellectual misappropriation. The claim was and is demonstrably false—as can be easily proven in court with reference to communications and work product from both before and after Dentin came on board.

5. As far as Zach and Will were concerned, Dentin had overplayed his

hand. Confident that Dentin's false claims would not gain traction in what is a sophisticated audience (especially when it could *prove* that its version of the facts was the correct one), Zach and Will refused to be intimidated. They expelled Dentin from the project and, in an abundance of caution, promptly jettisoned any artistic expression Dentin had worked on. Instead, Weather Report went back to the drawing board of the ideas and concepts they had originally furnished to Dentin just two weeks earlier. They hired new artists to execute the original vision, using new and different expression, and minted late last week.

6. But Dentin would not go quietly. He spitefully followed through with his threat of a smear campaign. Zach and Will are among the few African Americans in the NFT community—and Dentin cynically played on racial tropes, shouting claims that Weather Report principals were "untrustworthy" and abusive towards women. Fortunately, those efforts did not have their intended effect of completely sabotaging the project—because Weather Report quickly mobilized with a painstakingly detailed true and documented account of the facts. While the collection has sold out, enough damage was done that the financial harm to Weather Report is in the millions of dollars.

7. Incredibly, there is a second and even more audacious aspect to Dentin's spiteful (and opportunistic) attempt to destroy Zach and Will. When Weather Report kicked Dentin out of its project for his wanton money grab, he secretly began his own *nearly identical* profile picture NFT project with similar looking characters and, of course, centered around a theme of emotion and weather—the very same theme that Weather Report had communicated to him in confidence during his brief tenure there. It's unclear what Dentin will answer when asked why he chose a weather theme—but unless he admits to misappropriating the idea in its entirety, it will be easily shown to be fabricated. To add insult to injury, Dentin quite cleverly saw that the controversy surrounding the parties dispute, and getting his false sob story out first, could be a recipe for great success for his "rival"

NFT project. On that basis, he was able to assemble an impressive and prominent team, who either believed Dentin's concocted story or did not care that it was false. Predictably, and perhaps in some degree as a consequence of his racist rhetoric, Dentin's project has succeeded.

8. In a calculated move, Defendant Dentin announced that his project would mint exactly two days before the Weather Report mint date. For context, a project of this magnitude is generally announced months in advance. Dentin announced his mint date within a week of putting out his false claims against Weather Report knowing that he could deal a death blow to them if he beat them to mint. Furthermore, with the intention of damaging their reputations and destroying their project, he put out a statement hours before the Weather Report public mint directly implying that all potential Weather Report customers would be purchasing their NFT's at great risk. The statement falsely accused the founders of minting "his" art and personally attacking members of his team. Predictably, his false accusations had the intended effect of diminishing Weather Reports' standing in the public eye. Conversely, Dentin's project has generated thousands of Ethereum tokens, equaling millions of dollars.

9. Since the very first time Dentin wrongly accused them, Weather Report has implored Dentin to submit this controversy to a court or arbitrator for an immediate determination. In other words, it has challenged him to prove his claims or to respond to Weather Reports' counter-proof. If Dentin had the courage of his convictions, and believed in his own legal claim, he would have taken Weather Report up on this challenge (and his claim would have been rejected by now). Here's what Weather Report said to Dentin as this controversy was exploding:

> We are offering to resolve our copyright dispute, whatever it is, in one week or whatever time from you want, in whatever reasonable manner you wish. For example, a quick intensive arbitration could be happen in one week, entirely on paper. It could be formal or informal (your choice), bind or non-binding (your choice), public or non-public (your choice). The prevailing party could recover its attorneys' fees, or not (your choice). Alternatively, we could figure out a way for the court

decide the dispute within a week, in the context of a TRO.

10. By refusing this offer, Dentin has shown that he has no desire for a proper adjudication of his specious copyright claims. Rather, Dentin wants those false claims to remain in play—which can happen only if they are untested—so that he can continue to threaten Weather Report by broadcasting them even more loudly. Indeed, Dentin has proudly threatened what he calls his "nuclear option": a "takedown" pursuant to the Digital Millennium Copyright Act. A DMCA takedown notice to the secondary market facilitator OpenSea would have the result of temporarily removing Weather Report's NFT's from the market (even if the claim is false), which could cause financial disruption not just for Weather Report and its principals but for holders of Weather Report's NFTs as well. There is no question that Plaintiff can demonstrate the truth of its position in response to a DMCA takedown notice, and that any "takedown" will be quickly put back up on the marketplace. But still, the threat of a takedown is potent because even a temporary interruption of the secondary market is sufficient to irreparably tarnish Weather Report's reputation.

11. Again, the only reason to threaten the DMCA takedown route—which Dentin does on literally a daily basis through his lawyers—rather and before getting a true legal resolution is that Dentin values his threats more than his actual claims. For Dentin, a DMCA takedown is the perfect weapon because the recipient (OpenSea) *must* take down the accused content, whether or not the claim is actually true. Further, from a public relations standpoint, Dentin apparently believes that he enjoys natural advantages in the court of public opinion (i.e. whiteness) that he would not enjoy in a court of law. It's very likely that Dentin's spiteful reaction to *this lawsuit* will be a DMCA takedown, as he has threatened. But that is simply a risk Weather Report must take if it opts not to negotiate with an extortionist. Again, this lawsuit is a challenge to Dentin to provide support for his claims.

12. This declaratory relief action has one purpose: to have a United States District Court judge declare whether or not Weather Report's NFT collection infringes any copyright held by Dentin. By this claim, Weather Report is not seeking money but rather just an adjudication of who is telling the truth, which in this instance would be simple and relatively easy.

## THE PARTIES

13. Plaintiff Weather Report, LLC is a California limited liability company.

14. Defendant Dentin Garrett is an individual, residing in the United States, and on information and belief, conducting business in Los Angeles, including with respect to work performed for Weather Report from which this action arises, other NFT and artistic projects.

15. Plaintiff is ignorant of the true names and capacities of the Defendants sued herein as Does 1-10, inclusive, and therefore sues said Defendants by such fictitious names. Plaintiff will amend this Complaint to allege the true names and capacities when the same has been ascertained. Plaintiff is informed and believes, and thereon alleges, that each fictitiously-named Defendant is responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by their conduct.

16. Each of the Defendants acted as an agent for each of the other Defendants in doing the acts alleged and each Defendant ratified and otherwise adopted the acts and statements performed, made or carried out by the other Defendants so as to make them directly and vicariously liable to the Plaintiff for the conduct complained of herein. Each defendant is the alter ego of the other defendants.

## JURISDICTION AND VENUE

17. Because this action arises under the copyright laws of the United States, 17 U.S.C. §§101 et seq., this Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338, and the Declaratory Judgment Act, 28 U.S.C. §2201.

18. The Court has personal jurisdiction over Defendant Dentin Garrett because events giving rise to the claims occurred in California and Los Angeles County. For example, the letters that Dentin sent to Weather Report principals were sent to and received in Los Angeles, and Dentin's cease and desist letter, and the communications which create a justiciable controversy, were received by Weather Report's principals in Los Angeles.

19. Venue is proper in this District under 28 U.S.C. § 1391 and 28 U.S.C. § 1400 because a substantial part of the events giving rise to the claims occurred in this District and because, upon information and belief, Defendant regularly does or solicits business in this District.

20. A case or controversy exists between the parties because Defendant has threatened to sue Weather Report, has accused Weather Report of copyright infringement, and demanded that Weather Report cease and desist from using the subject artwork.

## GENERAL ALLEGATIONS

21. In mid-February, 2022, Plaintiff Weather Report and its team of artists, were about 75% done readying an exciting NFT project, under the name Weather Report.

22. With deep experience in the fashion, entertainment, and art worlds, Zach and Will initially conceived of Weather Report as a clothing collection. But given the content of what they were building, and their emerging fascination with the Web3 community, it was only natural to move Weather Report to the NFT space.

23. For whatever reason, the Black community and people of color in general are underrepresented in the Web3 space—which led Zach and Will to realize they had something special to offer. As career minority artists and brand builders, Zach and Will were excited to bring their talents and reputations into the Web3 arena on a larger scale via their brainchild, Weather Report. Their hopes

appeared to be well founded, as the brand became one of the most well-known upcoming NFT projects in a matter of just days.

24. The project was intensely personal, which makes Dentin's appropriation of it all the more surreal and ridiculous—all the more so because he so far appears to be getting away with it. There are thousands of people in the Web3 community who Dentin has led to believe, quite falsely, that it was his idea to design an NFT collection around weather and emotion. The audacity of thinking he could make people believe the idea was his, can only be interpreted as Dentin believing that Zach and Will's minority status gives Dentin a natural leg up in offering competing narratives.

25. In addition to the central themes of weather and emotion, Zach and Will (now joined by their close friend Toby Woolner) gathered inspiration from every corner of their upbringings and personal creative interests, including iconic 1990's brand nostalgia. They began forming a clear vision of how Weather Report characters would look and what they would represent. The inspiration borrowed heavily from the 1990's brand nostalgia and skateboarding culture (including one of the biggest brands of that time: World Industries and their brand characters called "Flameboy" and "Wet Willy"). It's impossible to look at those characters and not conclude that they are an inspiration for Weather Report's NFT project, and thus for Dentin's.

26. Just before Christmas, 2021, Zach was pitched Dead Artists Society, an NFT project by Dentin and Dentin's Los Angeles-based partner (who happened to be a cousin of Zach's fiancé). While Zach agreed to act as advisor to Dentin's project, he also asked Dentin if he wanted to earn some extra money on the side by helping out with illustrations for the Weather Report NFT project, working directly under Zach's creative direction.

27. Dentin agreed and the working relationship began. The parties agreed that Dentin would be paid a flat fee to perform certain work related to executing

Weather Report's creative expression. In the following weeks, Zach spent countless hours, virtually daily, on Zoom calls with Dentin, meticulously guiding and refining virtually every single iteration, as nothing would go public without full approval. With Zach providing a constant stream of pre-existing and new input, concepts, revisions and references every step of the way.

28. By all accounts, Dentin contributed to the project. He did not, however, contribute original creative expression. Rather, he was an instrumentality of Weather Report and its principals, using his hand to execute the latter's vision and expression. In keeping with Web3 and blockchain culture, Zach and Will decided to reward Dentin by offering him a financial participation in the project, rather than a flat fee as previously agreed. Dentin jumped at the idea, in part because positive hype was building around Weather Report and its principals.

29. Dentin was offered 5% to continue working on illustrations; and he agreed. This amount is extremely generous given his limited participation in the project, and the limited nature of his contribution. Obviously, this brand-structured dynamic is vastly different than many NFT projects that are built around an illustrator's pre-existing work, in which case the illustrator naturally receives a greater percentage.

30. As explained above, rather than abide by his agreement to accept 5%, Dentin inexplicably chose to throw his weight around, and make an extortionate demand that he receive even greater compensation and full intellectual property rights even to Weather Report's pre-existing creative expression and brand product. He further threatened that if his demands were not met, he would sabotage the project with a false narrative of his involvement in the project, and a false claim of copyright infringement. When Weather Report would not accede to these unreasonable demands, Dentin made good on his threats. More specifically, and as outlined above, he made public claims that his work was stolen by Weather Report (and Zach, Will and Toby in particular), and he insinuated that Weather Report's

principals were dishonest, misogynistic, and ruthless in their actions. Also as detailed above, these claims did gain significant traction in the relevant community, which has cost Plaintiff millions of dollars in proceeds they would have realized were it not for Dentin's false statements and misconduct detailed above.

## FIRST CAUSE OF ACTION
### Declaratory Judgment of Non-Infringement
### Under 28 U.S.C. § 2201, et seq. (Declaratory Judgment Act) and 17 U.S.C. § 101, et seq. (Copyright Act)

31. Plaintiff Weather Report incorporates all of the above allegations as if they were fully stated here.

32. A real and actual controversy exists between Weather Report and Defendant Dentin as to whether Plaintiff's NFT project infringes Defendant's alleged copyrights.

33. Plaintiff Weather Report is entitled to a judgment declaring that its artwork related to its NFT project does not infringe Defendant's alleged copyright.

## PRAYER

WHEREFORE, Plaintiff demands judgment as follows:

1. A judicial declaration that artwork related to Plaintiff Weather Report's NFT project does not infringe upon any alleged copyright of Defendant Dentin Garret.

2. Awarding Plaintiff Weather Report all other relief as may be appropriate.

DATED: March 4, 2022         ERIKSON LAW GROUP

By: ____/s/_____
David Erikson
Attorneys for Plaintiff