1 | CURTIS A. GRAHAM (BAR NO. 89755)
curtis.graham@ffslaw.com
2 | DANA M. SILVA (BAR NO. 271920)
dana.silva@ffslaw.com
3 | FREEMAN, FREEMAN & SMILEY, LLP
1888 Century Park East, Suite 1500
4 | Los Angeles, California 90067
Telephone: (310) 255-6100
5 | Facsimile: (310) 255-6200

6 | JOSHUA D. HARMS (pro hac vice forthcoming)
Joshua.Harms@stokeslaw.com
7 | THERESA H. WANG (pro hac vice forthcoming)
Theresa.Wang@stokeslaw.com
8 | VALERIE A. WALKER (pro hac vice forthcoming)
Valerie.Walker@stokeslaw.com
9 | STOKES LAWRENCE, P.S.
1420 Fifth Avenue, Suite 3000
10 | Seattle, WA 98101-2393
Telephone: (206) 892-2142
11 | Facsimile: (206) 464-1496

12 | *Attorneys for Defendant /*
*Counterclaim-Plaintiff Dentin Garrett*

13

14

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

15

16 | WEATHER REPORT LLC, a California limited liability company,

17 | Plaintiff,

18 | vs.

19 | DENTIN GARRETT, an individual; DENTED FEELS LLC, a Delaware limited liability company; DENTED FEELS, an entity of unknown organization; and DOES 1-10 inclusive,

20

21

22 | Defendants.

23 | DENTIN GARRETT,

24 | Counterclaim-Plaintiff,

25 | vs.

26 | WEATHER REPORT LLC; ZACHARY HUNKINS, an individual; WILLIAM NICHOLS, an individual; and TOBIAS WOOLNER, an individual,

27

28 | Counterclaim-Defendants.

Case No. 2:22-cv-01480-FLA-KS

**DECLARATION OF JOSHUA D. HARMS IN SUPPORT OF MOTION TO DISMISS**

*Filed concurrently with Defendant Dentin Garrett's Motion to Dismiss*

Judge: Hon. Fernando L. Aenlle-Rocha
Date: July 1, 2022
Time: 1:30 p.m.
Crtrm.: 6B

Hon. Fernando L. Aenlle-Rocha

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067

## DECLARATION OF JOSHUA HARMS

I, Joshua Harms, declare as follows:

1.     I am an attorney at Stokes Lawrence, P.S. and counsel for Defendant and Counterclaim-Plaintiff Dentin Garrett in the above-captioned lawsuit. My *pro hac vice* application is forthcoming. I have personal knowledge of the facts set forth in this Declaration.

2.     Attached hereto as **EXHIBIT A** is a true and correct copy of the file wrapper of U.S. Trademark Application Serial No. 97/221,297 (WEATHER REPORT) retrieved from the USPTO's Trademark Status and Document Retrieval System on May 28, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 2nd day of June, 2022, at Seattle, Washington.

Joshua D. Harms

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067

# EXHIBIT A

Generated on: This page was generated by TSDR on 2022-05-28 20:04:04 EDT

Mark: WEATHER REPORT

# WEATHER REPORT

| | | | |
|---|---|---|---|
| **US Serial Number:** | 97221297 | **Application Filing Date:** | Jan. 15, 2022 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |
| **TM5 Common Status Descriptor:** |  | LIVE/APPLICATION/Under Examination | |
| | | The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner. | |
| **Status:** | A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page. | | |
| **Status Date:** | Feb. 28, 2022 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | WEATHER REPORT |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Downloadable computer application software for mobile phones, tablet computers, and computers, namely, software for for users to search, browse, view, and purchase virtual goods, namely, digital art and non-fungible tokens (NFTs); Downloadable multimedia file containing artwork, text, audio, and video relating to digital works of art and cryptographic collectibles authenticated by non-fungible tokens (NFTs) | | |
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jan. 01, 2022 | **Use in Commerce:** | Jan. 01, 2022 |

| | | | |
|---|---|---|---|
| **For:** | Provision of an online marketplace for buyers and sellers of downloadable digital art images authenticated by non-fungible tokens (NFTs) | | |
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jan. 01, 2022 | **Use in Commerce:** | Jan. 01, 2022 |

**For:** Providing technology information in the field of digital works of art, cryptographic collectibles, and non-fungible tokens (NFTs); Providing user authentication services using blockchain-based software technology for cryptocurrency transactions

**International Class(es):** 042 - Primary Class          **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jan. 01, 2022          **Use in Commerce:** Jan. 01, 2022

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Zachary Hunkins

**Owner Address:** 601 Lairport Street
El Segundo, CALIFORNIA UNITED STATES 90245

**Legal Entity Type:** INDIVIDUAL          **Citizenship:** UNITED STATES

## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

**Correspondent Name/Address:** ZACHARY HUNKINS
601 LAIRPORT STREET
EL SEGUNDO, CALIFORNIA UNITED STATES 90245

**Correspondent e-mail:** zhunkins@me.com          **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 28, 2022 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Feb. 28, 2022 | NON-FINAL ACTION E-MAILED | 6325 |
| Feb. 28, 2022 | NON-FINAL ACTION WRITTEN | 81095 |
| Feb. 25, 2022 | ASSIGNED TO EXAMINER | 81095 |
| Jan. 21, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jan. 19, 2022 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** LAPTER, ALAIN J          **Law Office Assigned:** LAW OFFICE 105

**File Location**

**Current Location:** TMEG LAW OFFICE 105 - EXAMINING ATTORNEY ASSIGNED          **Date in Location:** Feb. 28, 2022

| | |
|---|---|
| **To:** | Zachary Hunkins (zhunkins@me.com) |
| **Subject:** | U.S. Trademark Application Serial No. 97221297 - WEATHER REPORT - N/A |
| **Sent:** | February 28, 2022 11:40:13 AM |
| **Sent As:** | ecom105@uspto.gov |
| **Attachments:** | |

**United States Patent and Trademark Office (USPTO)**

**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.** 97221297

**Mark:** WEATHER REPORT

**Correspondence Address:**
ZACHARY HUNKINS

601 LAIRPORT STREET

EL SEGUNDO, CA 90245

**Applicant:** Zachary Hunkins

**Reference/Docket No.** N/A

**Correspondence Email Address:**
zhunkins@me.com

## NONFINAL OFFICE ACTION

The USPTO must receive applicant's response to this letter within  six months of the issue date below or the application will be **abandoned**. Respond using the Trademark Electronic Application System (TEAS).  A link to the appropriate TEAS response form appears at the end of this Office action.

**Issue date: February 28, 2022**

The referenced application has been reviewed by the assigned trademark examining attorney.  Applicant must respond timely and completely to the issue(s) below.  15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

**SEARCH OF OFFICE'S DATABASE OF MARKS**

6

The trademark examining attorney has searched the Office's database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d).  TMEP §704.02; *see* 15 U.S.C. §1052(d).

**Although no similar registered or pending mark has been found that would bar registration, applicant must respond to the following requirements.**

**<u>NEW SPECIMEN REQUIRED</u>**

**Specimen does not show use of the mark in commerce.**  Registration is refused because the specimen does not show the applied-for mark as actually used in commerce in International Classes 9, 35 and 42.  Trademark Act Sections 1 and 45, 15 U.S.C. §§1051, 1127; 37 C.F.R. §§2.34(a)(1)(iv), 2.56(a); TMEP §§904, 904.07(a).  An application based on Trademark Act Section 1(a) must include a specimen showing the applied-for mark as actually used in commerce for each international class of goods identified in the application or amendment to allege use.  15 U.S.C. §1051(a)(1); 37 C.F.R. §§2.34(a)(1)(iv), 2.56(a); TMEP §§904, 904.07(a).

Specifically, the specimens consists solely of screenshots from a Twitter feed on which the mark appears.  The Twitter screenshots, however, make no mention of the goods and services identified in the application.  For example, the screenshots do not provide a consumer with downloadable software, as identified in class 9.

**Examples of specimens for goods.**  Specimens for goods include a photograph of (1) the actual goods bearing the mark; (2) an actual container, packaging, tag or label for the goods bearing the mark; or (3) a point-of-sale display showing the mark directly associated with the goods.  *See* 37 C.F.R. §2.56(b)(1), (c); TMEP §904.03(a)-(m).  A webpage specimen submitted as a display associated with the goods must show the mark in association with a picture or textual description of the goods and include information necessary for ordering the goods.  TMEP §904.03(i); *see* 37 C.F.R. §2.56(b)(1), (c).  Any webpage printout or screenshot submitted as a specimen must include the webpage's URL and the date it was accessed or printed on the specimen itself, within the TEAS form that submits the specimen, or in a verified statement under 37 C.F.R. §2.20 or 28 U.S.C. §1746 in a later-filed response.  *See* 37 C.F.R. §2.56(c); TMEP §§904.03(i), 1301.04(a).

**Examples of specimens for services.**  Specimens for services must show a direct association between the mark and the services and include:  (1) copies of advertising and marketing material, (2) a photograph of business signage or billboards, or (3) materials showing the mark in the sale, rendering, or advertising of the services.  *See* 37 C.F.R. §2.56(b)(2), (c); TMEP §1301.04(a), (h)(iv)(C).  Any webpage printout or screenshot submitted as a specimen must include the webpage's URL and the date it was accessed or printed on the specimen itself, within the TEAS form that submits the specimen, or in a verified statement under 37 C.F.R. §2.20 or 28 U.S.C. §1746 in a later-filed response.  *See* 37 C.F.R. §2.56(c); TMEP §§904.03(i), 1301.04(a).

**Response options.**  Applicant may respond to this refusal by satisfying one of the following for each applicable international class:

(1)     Submit a different specimen (a verified <u>"substitute" specimen</u>) that (a) was in actual use in commerce at least as early as the filing date of the application or prior to the filing of an amendment to allege use and (b) shows the mark in actual use in commerce for the goods identified in the application or amendment to allege use.  A "verified substitute specimen" is a specimen that is accompanied by the following statement made in a signed affidavit or supported by a declaration under 37 C.F.R. §2.20: "The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application or prior to the filing of the amendment to allege use."  The substitute specimen cannot be accepted without this statement.

(2)     Amend the filing basis to <u>intent to use under Section 1(b)</u> (which includes withdrawing an amendment to allege use, if one was filed), as no specimen is required before publication.  This option will later necessitate additional fee(s) and filing requirements, including a specimen.

For an overview of the response options referenced above and instructions on how to satisfy these options using the online Trademark Electronic Application System (TEAS) form, see the <u>Specimen webpage</u>.

**How to submit a verified specimen.**

After opening the appropriate TEAS response form, answer "Yes" to form wizard question #2, click "Continue," and provide the following  **for**

**each relevant** class for which a specimen is being submitted:

(1)     Under the heading "Classification and Listing of Goods/Services/Collective Membership Organization," check the box next to the following statement:  "Check here to modify the current classification number; listing of goods/services/the nature of the collective membership organization; dates of use; and/or filing basis; or to submit a substitute specimen, a foreign registration certificate, or proof of renewal of a foreign registration.  If not checked, the changes will be ignored.";

(2)     Attach specimen under "Specimen File" (attachment may not exceed 5 megabytes);

(3)     Describe in the box below that location what the attached specimen consists of;

(4)     Check the box below the specimen description next to the following statement (to ensure that the declaration language is inserted into the form): "The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application" *[for an application based on Section I(a), Use in Commerce] OR* "The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce prior either to the filing of the Amendment to Allege Use or expiration of the filing deadline for filing a Statement of Use" *[for an application based on Section 1(b) Intent-to-Use].*; and

(5)     Follow the instructions within the form for signing.  The form will require two signatures:  one in the "Declaration Signature" section and one in the "Response Signature" section.

<u>RESPONSE GUIDELINES</u>

Please call or email the assigned trademark examining attorney with questions about this Office action.  Although an examining attorney cannot provide legal advice, the examining attorney can provide additional explanation about the refusal(s) and/or requirement(s) in this Office action. *See* TMEP §§705.02, 709.06.

The USPTO does not accept emails as responses to Office actions; however, emails can be used for informal communications and are included in the application record.  *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.

**How to respond.  Click to file a response to this nonfinal Office action.**

Alain (Alan) Lapter, Esq.

/Alain (Alan) Lapter/

Trademark Examining Attorney

Law Office 105

email: alain.lapter@uspto.gov

phone: 571-272-3162

## RESPONSE GUIDANCE

- **Missing the response deadline to this letter will cause the application to abandon.**  A response or notice of appeal must be received by the USPTO before midnight **Eastern Time** of the last day of the response period.  TEAS and ESTTA maintenance or unforeseen circumstances could affect an applicant's ability to timely respond.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.**  If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant.  If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

| | |
|---|---|
| **To:** | Zachary Hunkins (zhunkins@me.com) |
| **Subject:** | U.S. Trademark Application Serial No. 97221297 - WEATHER REPORT - N/A |
| **Sent:** | February 28, 2022 11:40:16 AM |
| **Sent As:** | ecom105@uspto.gov |
| **Attachments:** | |

### United States Patent and Trademark Office (USPTO)

## USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued

on **February 28, 2022** for

### U.S. Trademark Application Serial No. 97221297

A USPTO examining attorney has reviewed your trademark application and issued an Office action.  You must respond to this Office action in order to avoid your application abandoning.  Follow the steps below.

**(1) Read the Office action**.  This email is NOT the Office action.

**(2) Respond to the Office action by the deadline** using the Trademark Electronic Application System (TEAS).  Your response must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response period.  Otherwise, your application will be abandoned.  See the Office action itself regarding how to respond.

**(3) Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action, address any question(s) regarding the specific content to the USPTO examining attorney identified in the Office action.

## GENERAL GUIDANCE

· **Check the status** of your application periodically in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

· **Update your correspondence email address** to ensure you receive important USPTO notices about your application.

· **Beware of trademark-related scams.**  Protect yourself from people and companies that may try to take financial advantage of you.  Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you.  We will never request your credit card number or social security number over the phone.  And all official USPTO correspondence will only be emailed from the domain "@uspto.gov."   Verify the correspondence originated from us by using your Serial Number in our database, TSDR, to confirm that it appears under the "Documents"  tab, or contact the Trademark Assistance Center.

· **Hiring a U.S.-licensed attorney.**  If you do not have an attorney and are not required to have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process.  The USPTO examining attorney is not your attorney and cannot give you legal advice, but rather works for and represents the USPTO in trademark matters.

*** User:alapter ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 14 | 1 | 13 | 13 | 0:01 | Zachary[on] and Hunkins[on] |
| 02 | 2155 | N/A | 0 | 0 | 0:01 | *p{"iy"}{"l"1:2}o*[bi,ti] not dead[ld] |
| 03 | 3669 | N/A | 0 | 0 | 0:01 | (*fite* *f{"iy"}ght* *fyt* *fhite* *ph{"iy"}ght* *phyt*)[bi,ti] not dead[ld] |
| 04 | 33 | 0 | 33 | 32 | 0:01 | 2 and 3 |
| 05 | 1868 | N/A | 0 | 0 | 0:02 | p{"iy"}{"l"1:2}o*[bi,ti] not dead[ld] |
| 06 | 773 | N/A | 0 | 0 | 0:01 | p{"iy"}{"l"1:2}ow*[bi,ti] not dead[ld] |
| 07 | 426 | 0 | 426 | 416 | 0:02 | 5 and "003"[cc] |
| 08 | 39 | 0 | 39 | 38 | 0:01 | 5 and ("003" a b 200)[ic] |
| 09 | 36 | 0 | 36 | 33 | 0:01 | 5 and ("005" a b 200)[ic] |
| 10 | 1126 | N/A | 0 | 0 | 0:02 | 3 and "003"[cc] |
| 11 | 244 | 0 | 244 | 233 | 0:01 | 3 and ("003" a b 200)[ic] |
| 12 | 367 | 0 | 367 | 343 | 0:01 | 3 and ("005" a b 200)[ic] |
| 13 | 99566 | N/A | 0 | 0 | 0:02 | ("we" *you* "i")[bi,ti] not dead[ld] |
| 14 | 69956 | N/A | 0 | 0 | 0:02 | ("r" *are*)[bi,ti] not dead[ld] |
| 15 | 16658 | N/A | 0 | 0 | 0:03 | (*n{"iy"}ght* *nite* *nyt*)[bi,ti] not dead[ld] |
| 16 | 55 | 0 | 55 | 53 | 0:01 | 13 and 14 and 15 |
| 17 | 1060 | N/A | 0 | 0 | 0:01 | 15 and (13 or 14) |
| 18 | 539 | 0 | 539 | 532 | 0:01 | 17 and ("003" "005" "024")[cc] |
| 19 | 26 | 0 | 26 | 24 | 0:02 | 17 and ("003" a b 200)[ic] |
| 20 | 42 | 0 | 42 | 40 | 0:01 | 17 and ("005" a b 200)[ic] |
| 21 | 27 | 0 | 27 | 25 | 0:01 | 17 and ("024" a b 200)[ic] |
| 22 | 539 | N/A | 0 | 0 | 0:01 | 17 and 18 |
| 23 | 7504 | N/A | 0 | 0 | 0:01 | 13 and 14 |
| 24 | 3929 | N/A | 0 | 0 | 0:01 | 23 and ("003" "005" "024")[cc] |
| 25 | 326 | 0 | 326 | 319 | 0:01 | 23 and ("003" a b 200)[ic] |
| 26 | 188 | 0 | 188 | 182 | 0:01 | 23 and ("005" a b 200)[ic] |
| 27 | 78 | 0 | 78 | 74 | 0:02 | 23 and ("024" a b 200)[ic] |
| 28 | 7579 | N/A | 0 | 0 | 0:02 | *p{"r"1:2}{v}p*[bi,ti] not dead[ld] |
| 29 | 34964 | N/A | 0 | 0 | 0:02 | (*niqu* *n{"ea"1:2}{"ckqx"}*)[bi,ti] not dead[ld] |
| 30 | 75 | 0 | 75 | 75 | 0:01 | 28 and 29 |
| 31 | 7 | 0 | 7 | 7 | 0:02 | *p$1{"r"1:2}{v}p$1{"n"1:2}{"iyea"1:2}{"ckqx"}*[bi,ti] not dead[ld] |
| 32 | 2740 | N/A | 0 | 0 | 0:02 | *n{"iyea"1:2}qu*[bi,ti] not dead[ld] |
| 33 | 1282 | N/A | 157 | 157 | 0:01 | 32 not *uniqu*[bi,ti] not dead[ld] |
| 34 | 767 | 0 | 767 | 728 | 0:01 | 33 not *techniqu*[bi,ti] not dead[ld] |
| 35 | 706 | N/A | 0 | 0 | 0:01 | 33 and ("005" "021" "030")[cc] |
| 36 | 69 | 0 | 69 | 65 | 0:02 | 33 and ("005" a b 200)[ic] |
| 37 | 185 | 0 | 185 | 172 | 0:02 | 33 and ("003" a b 200)[ic] |
| 38 | 50 | 0 | 50 | 47 | 0:02 | 33 and ("021" a b 200)[ic] |
| 39 | 30 | 0 | 30 | 29 | 0:01 | 33 and ("020" a b 200)[ic] |
| 40 | 27 | 0 | 27 | 26 | 0:01 | 33 and ("030" a b 200)[ic] |
| 41 | 3551 | N/A | 0 | 0 | 0:01 | *we$1{"thd"1:2}{v}r*[bi,ti] not dead[ld] |
| 42 | 1577 | N/A | 0 | 0 | 0:01 | *r{"ea"1:2}p{v}rt*[bi,ti] not dead[ld] |
| 43 | 11 | 0 | 11 | 8 | 0:01 | 41 and 42 |
| 44 | 2129 | N/A | 0 | 0 | 0:02 | 41 and ("009" "035" "042")[cc] |
| 45 | 371 | 0 | 371 | 347 | 0:01 | 41 and ("009" a b 200)[ic] |
| 46 | 431 | 0 | 431 | 418 | 0:01 | 41 and ("035" a b 200)[ic] |
| 47 | 446 | 0 | 446 | 113 | 0:02 | 41 and ("042" a b 200)[ic] |
| 48 | 1504 | N/A | 0 | 0 | 0:01 | 42 and ("009" "035" "042")[cc] |
| 49 | 358 | 0 | 358 | 3 | 0:01 | 42 and ("009" a b 200)[ic] |
| 50 | 317 | 0 | 48 | 1 | 0:01 | 42 and ("035" a b 200)[ic] |
| 51 | 306 | N/A | 0 | 0 | 0:01 | 42 and ("042" a b 200)[ic] |

Session started 2/28/2022 9:13:57 AM
Session finished 2/28/2022 11:23:47 AM

Total search duration 1 minutes 10 seconds

Session duration 129 minutes 50 seconds

Defaut NEAR limit=1ADJ limit=1

Sent to TICRS as Serial Number: 97221297

# WEATHER REPORT

Weather Report® (@WeatheReportNFT) / Twitter                                                          1/14/22, 12:21 PM



Weather Report® (@WeatheReportNFT) / Twitter                                                    1/14/22, 12:21 PM



Weather Report® (@WeatheReportNFT) / Twitter                                                          1/14/22, 12:21 PM



**17**



**18**

Weather Report® (@WeatheReportNFT) / Twitter                                                    1/14/22, 12:21 PM

**20**

Weather Report® (@WeatheReportNFT) / Twitter

1/14/22, 12:21 PM





Weather Report® (@WeatheReportNFT) / Twitter                                                  1/14/22, 12:21 PM



**28**



Weather Report® (@WeatheReportNFT) / Twitter

1/14/22, 12:21 PM

Weather Report® (@WeatheReportNFT) / Twitter                                                    1/14/22, 12:21 PM

Weather Report® (@WeatheReportNFT) / Twitter                                                    1/14/22, 12:21 PM

Weather Report® (@WeatheReportNFT) / Twitter                                                    1/14/22, 12:21 PM



Weather Report® (@WeatheReportNFT) / Twitter

1/14/22, 12:21 PM



Weather Report® (@WeatheReportNFT) / Twitter

1/14/22, 12:21 PM



SBTC     +     Rap     +     NBA

Funny Tweets     +     Business news     +     Litecoin cryptocurrency

Weather Report® Retweeted
WillNichols.eth ✅ @nevermindwill · 23h
The @WeatheReportNFT discord will be open to everyone that wants to join our amazing community.

♡ 242    ⇄ 171    ♡ 1.1K

Weather Report® @WeatheReportNFT · 22h
What's everyone's favorite trait so far?

♡ 406    ⇄ 79    ♡ 690

Weather Report® Retweeted
ZachGoesHard.eth @zachgoeshard · Jan 13
Who's ready for the @WeatheReportNFT @discord on Monday? I'm excited to kick it with everyone and !vibe

♡ 295    ⇄ 180    ♡ 1.1K

Weather Report® @WeatheReportNFT · Jan 13
GM GM

♡ 291    ⇄ 68    ♡ 825

Weather Report® @WeatheReportNFT · Jan 12
New Leak

♡ 201    ⇄ 110    ♡ 1K

Weather Report® Retweeted
ZachGoesHard.eth @zachgoeshard · Jan 12
Rain is fun with STORM-TEX® by @WeatheReportNFT

♡ 185    ⇄ 214    ♡ 1.1K

Show this thread

Weather Report® (@WeatheReportNFT) / Twitter                                                                1/14/22, 12:21 PM



**40**

Weather Report® (@WeatheReportNFT) / Twitter

1/14/22, 12:21 PM

Weather Report® (@WeatheReportNFT) / Twitter

1/14/22, 12:21 PM

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

# TEAS Plus Application

**Serial Number: 97221297**
**Filing Date: 01/15/2022**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | WEATHER REPORT |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | WEATHER REPORT |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Zachary Hunkins |
| *MAILING ADDRESS | 601 Lairport Street |
| *CITY | El Segundo |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 90245 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | INDIVIDUAL |
| * COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF CITIZENSHIP | United States |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 009 |
| | Downloadable computer application software for **mobile phones, tablet computers, and computers**, namely, software for **for users to search, browse, view, and purchase virtual** |

**48**

| | |
|---|---|
| *IDENTIFICATION | **goods, namely, digital art and non-fungible tokens (NFTs)**; Downloadable multimedia file containing artwork, text, audio, and video relating to **digital works of art and cryptographic collectibles** authenticated by non-fungible tokens (NFTs) |
| *FILING BASIS | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 01/01/2022 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 01/01/2022 |
| SPECIMEN FILE NAME(S) | |
| **ORIGINAL PDF FILE** | SPE0-260017002fd02f4095b2 dd1288b98d9-2022011416062 8321840_._Weather_Report_Specimen.pdf |
| **CONVERTED PDF FILE(S)** (11 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\972\212\97221297\xml1\ FTK0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\212\97221297\xml1\ FTK0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\212\97221297\xml1\ FTK0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\212\97221297\xml1\ FTK0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\212\97221297\xml1\ FTK0007.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\212\97221297\xml1\ FTK0008.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\212\97221297\xml1\ FTK0009.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\212\97221297\xml1\ FTK0010.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\212\97221297\xml1\ FTK0011.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\212\97221297\xml1\ FTK0012.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\212\97221297\xml1\ FTK0013.JPG |
| SPECIMEN DESCRIPTION | URL from our Twitter page advertising goods in connection with the trademark |
| WEBPAGE URL | https://twitter.com/WeatheReportNFT |
| WEBPAGE DATE OF ACCESS | 01/14/2022 |
| *INTERNATIONAL CLASS | 035 |
| *IDENTIFICATION | Provision of an online marketplace for buyers and sellers of downloadable digital art images authenticated by non-fungible tokens (NFTs) |
| *FILING BASIS | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 01/01/2022 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 01/01/2022 |
| SPECIMEN FILE NAME(S) | |

| | |
|---|---|
| **ORIGINAL PDF FILE** | SPE0-1-260017002fd02f4095 b2dd1288b98d9-20220114160 628321840 _. Weather_Repor t_Specimen.pdf |
| **CONVERTED PDF FILE(S)** (11 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\972\212\97221297\xml1\ FTK0014.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\212\97221297\xml1\ FTK0015.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\212\97221297\xml1\ FTK0016.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\212\97221297\xml1\ FTK0017.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\212\97221297\xml1\ FTK0018.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\212\97221297\xml1\ FTK0019.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\212\97221297\xml1\ FTK0020.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\212\97221297\xml1\ FTK0021.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\212\97221297\xml1\ FTK0022.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\212\97221297\xml1\ FTK0023.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\212\97221297\xml1\ FTK0024.JPG |
| **SPECIMEN DESCRIPTION** | URL from our Twitter page advertising services in connection with the mark |
| **WEBPAGE URL** | https://twitter.com/WeatheReportNFT |
| **WEBPAGE DATE OF ACCESS** | 01/14/2022 |
| ***INTERNATIONAL CLASS** | 042 |
| ***IDENTIFICATION** | Providing technology information in the field of **digital works of art, cryptographic collectibles, and non-fungible tokens (NFTs); Providing user authentication services using blockchain-based software technology for cryptocurrency transactions** |
| ***FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 01/01/2022 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 01/01/2022 |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPE0-2-260017002fd02f4095 b2dd1288b98d9-20220114160 628321840 _. Weather_Repor t_Specimen.pdf |
| **CONVERTED PDF FILE(S)** (11 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\972\212\97221297\xml1\ FTK0025.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\212\97221297\xml1\ FTK0026.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT |

| | |
|---|---|
| | 18\972\212\97221297\xml1\ FTK0027.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\212\97221297\xml1\ FTK0028.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\212\97221297\xml1\ FTK0029.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\212\97221297\xml1\ FTK0030.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\212\97221297\xml1\ FTK0031.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\212\97221297\xml1\ FTK0032.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\212\97221297\xml1\ FTK0033.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\212\97221297\xml1\ FTK0034.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\212\97221297\xml1\ FTK0035.JPG |
| **SPECIMEN DESCRIPTION** | URL from our Twitter page advertising services in connection with the mark |
| **WEBPAGE URL** | https://twitter.com/WeatheReportNFT |
| **WEBPAGE DATE OF ACCESS** | 01/14/2022 |

## ADDITIONAL STATEMENTS INFORMATION

| | |
|---|---|
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| **NAME** | Zachary Hunkins |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | zhunkins@me.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NOT PROVIDED |

## FEE INFORMATION

| | |
|---|---|
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 3 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 250 |
| *TOTAL FEES DUE | 750 |
| *TOTAL FEES PAID | 750 |

## SIGNATURE INFORMATION

| | |
|---|---|
| | |

| | |
|---|---|
| * **SIGNATURE** | /zachary hunkins/ |
| * **SIGNATORY'S NAME** | Zachary Hunkins |
| * **SIGNATORY'S POSITION** | Owner |
| * **DATE SIGNED** | 01/14/2022 |
| **SIGNATURE METHOD** | Signed directly within the form |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

**Trademark/Service Mark Application, Principal Register**

**TEAS Plus Application**

**Serial Number: 97221297**
**Filing Date: 01/15/2022**

## To the Commissioner for Trademarks:

**MARK:** WEATHER REPORT (Standard Characters, see mark)
The literal element of the mark consists of WEATHER REPORT. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Zachary Hunkins, a citizen of United States, having an address of
    601 Lairport Street
    El Segundo, California 90245
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 009:  Downloadable computer application software for mobile phones, tablet computers, and computers, namely, software for for users to search, browse, view, and purchase virtual goods, namely, digital art and non-fungible tokens (NFTs); Downloadable multimedia file containing artwork, text, audio, and video relating to digital works of art and cryptographic collectibles authenticated by non-fungible tokens (NFTs)

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 009, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 01/01/2022, and first used in commerce at least as early as 01/01/2022, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) URL from our Twitter page advertising goods in connection with the trademark.

**Original PDF file:**
SPE0-260017002fd02f4095b2 dd1288b98d9-2022011416062 8321840_._Weather_Report_ Specimen.pdf
**Converted PDF file(s)** (11 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6
Specimen File7
Specimen File8
Specimen File9
Specimen File10
Specimen File11

Webpage URL: https://twitter.com/WeatheReportNFT
Webpage Date of Access: 01/14/2022

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 035:  Provision of an online marketplace for buyers and sellers of downloadable digital art images authenticated by non-fungible tokens (NFTs)

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 035, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 01/01/2022, and first used in commerce at least as early as 01/01/2022, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) URL from our Twitter page advertising services in connection with the mark.

**Original PDF file:**
SPE0-1-260017002fd02f4095 b2dd1288b98d9-20220114160 628321840 _. Weather_Repor t_Specimen.pdf
**Converted PDF file(s)** (11 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6
Specimen File7
Specimen File8
Specimen File9
Specimen File10
Specimen File11

Webpage URL: https://twitter.com/WeatheReportNFT
Webpage Date of Access: 01/14/2022

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 042:  Providing technology information in the field of digital works of art, cryptographic collectibles, and non-fungible tokens (NFTs); Providing user authentication services using blockchain-based software technology for cryptocurrency transactions

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 042, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 01/01/2022, and first used in commerce at least as early as 01/01/2022, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) URL from our Twitter page advertising services in connection with the mark.

**Original PDF file:**
SPE0-2-260017002fd02f4095 b2dd1288b98d9-20220114160 628321840 _. Weather_Repor t_Specimen.pdf
**Converted PDF file(s)** (11 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6
Specimen File7
Specimen File8
Specimen File9
Specimen File10
Specimen File11

Webpage URL: https://twitter.com/WeatheReportNFT
Webpage Date of Access: 01/14/2022

The applicant's current Correspondence Information:

Zachary Hunkins

PRIMARY EMAIL FOR CORRESPONDENCE: zhunkins@me.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $750 has been submitted with the application, representing payment for 3 class(es).

<b>Declaration</b>

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /zachary hunkins/   Date: 01/14/2022
Signatory's Name: Zachary Hunkins
Signatory's Position: Owner
Signature method: Signed directly within the form
Payment Sale Number: 97221297
Payment Accounting Date: 01/18/2022

Serial Number: 97221297
Internet Transmission Date: Sat Jan 15 02:44:10 ET 2022
TEAS Stamp: USPTO/FTK-XXXX:XXXX:XXXX:XXXX:XXXX:XXX:X
XXX:XXXX-20220115024410946345-97221297-8
10e127725b1d74b652d136af7295faca9ac75e5f

55

915f4ddafbf8b98418e889-CC-44084243-20220
115023830377760

# WEATHER REPORT

Weather Report® (@WeatheReportNFT) / Twitter                                                          1/14/22, 12:21 PM





#WeatherReport #WeatherReportArt

was always given to her'
Trending with Britney, Jamie Lynn

Entertainment · Trending
**Joe Rogan**
In an open letter to Spotify, 270 sc
health professionals said The Joe F
Experience podcast was 'broadcas
misinformation, particularly regard
COVID-19 pandemic' and urged the
service to 'take action' against mis
on its platform
70.5K Tweets

Show more

Terms of Service  Privacy Policy  Cook
Accessibility  Ads info  More --
© 2022 Twitter, Inc.

3.9K views   0:00 / 0:50

○ 37   ⟲ 43   ♡ 265

**Weather Report®** @WeatheReportNFT · 16h
Submissions are still open. Show us your work!
○ 612   ⟲ 82   ♡ 832

**Weather Report®** @WeatheReportNFT · 16h
These art submissions are 🔥! WL winners will be announced tomorrow!
○ 59   ⟲ 45   ♡ 446

⟲ Weather Report® Retweeted
**ZachGoesHard.eth** @zachgoeshard · 17h
Woah. So many talented friends in our community. We're excited to give a
few artists the first opportunity at WL for @WeatheReportNFT 🔥 Show us
your creations below! Winners will be announced tomorrow.

**WillNichols.eth** ✓ @nevermindwill · 17h
Show me your art (no links)

○ 199   ⟲ 45   ♡ 310

⟲ Weather Report® Retweeted
**WillNichols.eth** ✓ @nevermindwill · 17h
Show me your art (no links)
○ 2.1K   ⟲ 102   ♡ 1.3K

**Topics to follow**
Sign up to get Tweets about the Topics you follow in your Home timeline.

Bitcoin cryptocurrency +   Travel +   Football
Investing +   NFL +   Ada cryptocurrency
Viral Tweets +   Music +   Sports

Weather Report® (@WeatheReportNFT) / Twitter

1/14/22, 12:21 PM



Weather Report® (@WeatheReportNFT) / Twitter                                                    1/14/22, 12:21 PM



**61**

Weather Report® (@WeatheReportNFT) / Twitter

1/14/22, 12:21 PM

Weather Report® (@WeatheReportNFT) / Twitter                                    1/14/22, 12:21 PM



**69**

Weather Report® (@WeatheReportNFT) / Twitter                                          1/14/22, 12:21 PM



Weather Report® (@WeatheReportNFT) / Twitter                                                                1/14/22, 12:21 PM

| SBTC | + | Rap | + | NBA |
|---|---|---|---|---|
| Funny Tweets | + | Business news | + | Litecoin cryptocurrency |



t⏎ Weather Report® Retweeted
WillNichols.eth ✔ @nevermindwill · 23h                                    ...
The @WeatheReportNFT discord will be open to everyone that wants to join
our amazing community.

🌂⛱🌂

○ 242          t⏎ 171          ♡ 1.1K          ⬆

Weather Report® @WeatheReportNFT · 22h                                    ...
What's everyone's favorite trait so far? 🌂 •• 🌂

○ 406          t⏎ 79          ♡ 690          ⬆

t⏎ Weather Report® Retweeted
ZachGoesHard.eth @zachgoeshard · Jan 13                                   ...
Who's ready for the @WeatheReportNFT @discord on Monday? I'm excited
to kick it with everyone and !vibe 🌂 💚 🌂

○ 295          t⏎ 180          ♡ 1.1K          ⬆

Weather Report® @WeatheReportNFT · Jan 13                                 ...
GM 🌂 GM 🌂

○ 291          t⏎ 68          ♡ 825          ⬆

Weather Report® @WeatheReportNFT · Jan 12                                 ...
New Leak 💧

○ 201          t⏎ 110          ♡ 1K          ⬆

t⏎ Weather Report® Retweeted
ZachGoesHard.eth @zachgoeshard · Jan 12                                   ...
Rain is fun with STORM-TEX® by @WeatheReportNFT 🌧

○ 185          t⏎ 214          ♡ 1.1K          ⬆

Show this thread

Weather Report® (@WeatheReportNFT) / Twitter                                        1/14/22, 12:21 PM



**72**

Weather Report® (@WeatheReportNFT) / Twitter

1/14/22, 12:21 PM

1/14/22, 12:21 PM



Weather Report® (@WeatheReportNFT) / Twitter                                                    1/14/22, 12:21 PM



#WeatherReport #WeatherReportArt

was always given to her'
Trending with Britney, Jamie Lynn

Entertainment · Trending
**Joe Rogan**
In an open letter to Spotify, 270 sc
health professionals said The Joe F
Experience podcast was 'broadcas
misinformation, particularly regard
COVID-19 pandemic' and urged the
service to 'take action' against mis
on its platform
70.5K Tweets

Show more

Terms of Service  Privacy Policy  Cook
Accessibility  Ads info  More --
© 2022 Twitter, Inc.

---

**Weather Report®** @WeatheReportNFT · 16h
Submissions are still open. Show us your work!
♡ 612          ⇄ 82          ♡ 832          ⬆

**Weather Report®** @WeatheReportNFT · 16h
These art submissions are 🔥! WL winners will be announced tomorrow!
♡ 59          ⇄ 45          ♡ 446          ⬆

⇄ Weather Report® Retweeted
**ZachGoesHard.eth** @zachgoeshard · 17h
Woah. So many talented friends in our community. We're excited to give a
few artists the first opportunity at WL for @WeatheReportNFT  Show us
your creations below! Winners will be announced tomorrow.

⬤ **WillNichols.eth** ✔ @nevermindwill · 17h
Show me your art (no links)

♡ 199          ⇄ 45          ♡ 310          ⬆

⇄ Weather Report® Retweeted
**WillNichols.eth** ✔ @nevermindwill · 17h
Show me your art (no links)
♡ 2.1K          ⇄ 102          ♡ 1.3K          ⬆

## Topics to follow
Sign up to get Tweets about the Topics you follow in your Home timeline.

| | | |
|---|---|---|
| Bitcoin cryptocurrency + | Travel + | Football |
| Investing + | NFL + | Ada cryptocurrency |
| Viral Tweets + | Music + | Sports |

Weather Report® (@WeatheReportNFT) / Twitter                                    1/14/22, 12:21 PM

| SBTC | + | Rap | + | NBA |
|---|---|---|---|---|
| Funny Tweets | + | Business news + | | Litecoin cryptocurrency |

🔁 Weather Report® Retweeted
**WillNichols.eth** ✔ @nevermindwill · 23h                                    ...
The @WeatheReportNFT discord will be open to everyone that wants to join our amazing community.

⛅🌂⛅

♡ 242          ↻ 171          ♡ 1.1K          ⬆

**Weather Report®** @WeatheReportNFT · 22h                                    ...
What's everyone's favorite trait so far? ⛅ ·· ⛅

♡ 406          ↻ 79          ♡ 690          ⬆

🔁 Weather Report® Retweeted
**ZachGoesHard.eth** @zachgoeshard · Jan 13                                    ...
Who's ready for the @WeatheReportNFT @discord on Monday? I'm excited to kick it with everyone and !vibe ⛅ 🌂 ⛅

♡ 295          ↻ 180          ♡ 1.1K          ⬆

**Weather Report®** @WeatheReportNFT · Jan 13                                    ...
GM ⛅ GM ⛅

♡ 291          ↻ 68          ♡ 825          ⬆

**Weather Report®** @WeatheReportNFT · Jan 12                                    ...
New Leak 💧

♡ 201          ↻ 110          ♡ 1K          ⬆

🔁 Weather Report® Retweeted
**ZachGoesHard.eth** @zachgoeshard · Jan 12                                    ...
Rain is fun with STORM-TEX® by @WeatheReportNFT 🌧



♡ 185          ↻ 214          ♡ 1.1K          ⬆

Show this thread

