CURTIS A. GRAHAM (BAR NO. 89755)
curtis.graham@ffslaw.com
DANA M. SILVA (BAR NO. 271920)
dana.silva@ffslaw.com
FREEMAN, FREEMAN & SMILEY, LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Joshua Harms (*pro hac vice*)
E-Mail: Joshua.Harms@stokeslaw.com
Theresa Wang (*pro hac vice*)
E-Mail: Theresa.Wang@stokeslaw.com
Valerie Walker (*pro hac vice*)
E-Mail: Valerie.Walker@stokeslaw.com
STOKES LAWRENCE, P.S.
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101-2393
Telephone: (206) 892-2142
Facsimile: (206) 464-1496

*Attorneys for Defendant/Counterclaim-Plaintiff Dentin Garrett*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| WEATHER REPORT LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>DENTIN GARRETT, an individual; DENTED FEELS LLC, a Delaware limited liability company; DENTED FEELS, an entity of unknown organization; and DOES 1-10 inclusive,<br><br>Defendants.<br><br>DENTIN GARRETT,<br><br>Counterclaim-Plaintiff,<br><br>vs. | Case No. 2:22-cv-01480-FLA-KS<br><br>**JOINT REQUEST FOR DECISION PURSUANT TO LOCAL RULE 83-9.2**<br><br>Hon. Fernando L. Aenlle-Rocha |

| | |
|---|---|
| 1<br>2<br>3 | WEATHER REPORT LLC; ZACHARY HUNKINS, an individual; WILLIAM NICHOLS, an individual; and TOBIAS WOOLNER, an individual, |
| 4 | Counterclaim-Defendants. |

5  Pursuant to Local Rule 83-9.2, all counsel requests that this Court render and
6  file a decision on Defendant Dentin Garrett's Rule 12(b)(6) Motion to Dismiss
7  Counts II-VII of Plaintiff's First Amended Complaint (ECF 16).
8  This Court took the Motion to Dismiss under submission on July 11, 2022
9  (ECF 40). Since the Court took the Motion to Dismiss under submission, 120 days
10  have passed.  As such, pursuant to Local Rule 83-9.2, all counsel respectfully
11  request a ruling on Defendant Dentin Garett's Rule 12(b)(6) Motion to Dismiss
12  Counts II-VII of Plaintiff's First Amended Complaint (ECF 16).

| | | |
|---|---|---|
| DATED: November 17th, 2022 | FREEMAN, FREEMAN & SMILEY, LLP | |
| | By: ___/s/ Curtis A. Graham___<br>CURTIS A. GRAHAM<br>DANA M. SILVA<br>*Attorneys for Defendant/Counterclaim-Plaintiff Dentin Garrett* | |
| DATED: November 17th, 2022 | STOKES LAWRENCE, P.S. | |
| | By: ___/s/ Valerie A. Walker___<br>JOSHUA D. HARMS<br>THERESA H. WANG<br>VALERIE A. WALKER<br>*Attorneys for Defendant / Counterclaim-Plaintiff Dentin Garrett* | |
| DATED: November 17th, 2022 | ERIKSON LAW GROUP | |
| | By: ___/s/ David A. Erikson___<br>DAVID A. ERIKSON<br>ANTOINETTE WALLER<br>*Attorneys for Plaintiff / Counterclaim-Defendant Weather Report LLC* | |

**FILER'S ATTESTATION**

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories listed and on whose behalf this filing is submitted concur in the filing's content and have authorized this filing.

DATED: November 18th, 2022          STOKES LAWRENCE, P.S.

                                    By:  */s/ Valerie A. Walker*
                                         Valerie A. Walker