UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:22-cv-01480-FLA (KSx) | Date | December 9, 2022 |
|---|---|---|---|
| Title | Weather Report LLC v. Dentin Garrett, et al. | | |

| Present: The Honorable | FERNANDO L. AENLLE-ROCHA<br>UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Freeman | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:   ORDER REGARDING JOINT REQUEST FOR DECISION [DKT. 50]**

On November 18, 2022, Defendant Dentin Garrett ("Defendant") filed its Motion to Dismiss Counts II-VII of Plaintiff's First Amended Complaint ("Motion"). Dkt. 16. The court took the Motion under submission on July 11, 2022. Dkt. 40. On November 18, 2022, the parties filed a Joint Request for Decision on the Motion. Dkt. 50.

Courts in this district are exceedingly busy with 607 weighted civil filings per Judgeship, which is among the highest number in the nation. *See* JUDICIAL EMERGENCIES (last updated December 8, 2022), https://www.uscourts.gov/judges-judgeships/judicial-vacancies/judicial-emergencies. That figure does not include each active judge's criminal docket. In 2020, 10 of 28 authorized judgeships in this district were vacant. In 2022, four vacancies remain. Every vacancy has been categorized by the Judicial Conference of the United States as a judicial emergency. In its most recent recommendation, released in March 2021, the Judicial Conference recommended Congress authorize an additional 15 district court judgeships for the Central District of California, in light of the number of weighted case filings, the complexity of matters filed in this court, and the population of this district. CONGRESSIONAL RESEARCH SERVICE, RECOMMENDATION FOR NEW U.S. CIRCUIT AND DISTRICT COURT JUDGESHIPS BY THE JUDICIAL CONFERENCE OF THE UNITED STATES (117TH CONGRESS) 2 (Mar. 26, 2021), https://sgp.fas.org/crs/misc/IN11639.pdf; https://www.uscourts.gov/news/2021/03/16/judiciary-seeks-new-judgeships-reaffirms-need-enhanced-security. The COVID-19 pandemic caused additional delays, including the repeated suspension of jury trials.

This court has a significant number of parties in criminal and civil cases awaiting trial, some of whom are in custody. In issuing its rulings on motions, the court considers factors including whether the action is criminal or civil, the custody status of the defendant, the age of the action and any pending motion(s), the specific needs of each case, and the urgency of the requested relief.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:22-cv-01480-FLA (KSx) | Date | December 9, 2022 |
|---|---|---|---|
| Title | Weather Report LLC v. Dentin Garrett, et al. | | |

Pursuant to Local Rules 83-9.3, the court informs the parties that it will render a ruling on the Motion, Dkt. 16, by August 4, 2023.

IT IS SO ORDERED.

                                                            _____ : _____

Initials of Preparer   tf